

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 15, 2020

**By Email**

The Honorable Paul E. Davison
Chief United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    **Re:**    *United States v. Rolando Garcia et al.*, 20 Mag. 1365

Dear Judge Davison,

    The Government has been informed of the arrests of the defendants, Rolando Garcia and Kayla Taylor, in the above-titled matter and respectfully requests that the complaint be unsealed.

SO ORDERED 7/16/20

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Nicholas S. Bradley
Assistant United States Attorney
(914) 993-1962