UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Rolando Garcia

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 M 1365

15 CR 176 (KMK)

Defendant Rolando Garcia hereby voluntarily consents to participate in the following proceeding via X videoconferencing or X teleconferencing:

X   Initial Appearance Before a Judicial Officer

_x_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x_   Bail/Detention Hearing

___   Conference Before a Judicial Officer - Assignment of Counsel

/s/ Rolando Garcia (by permission)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Rolando Garcia
Print Defendant's Name

Daniel S. Parker /s/
Defendant's Counsel's Signature

Daniel S. Parker
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/16/20
Date

U.S. District Judge/U.S. Magistrate Judge